NEW YORK CENTRAL RAILROAD CO. *v.* UNITED
STATES ᴇᴛ ᴀʟ.

No. 482.  Decided January 8, 1962.

*Robert D. Brooks* and *Alfred A. Green* for appellant.

*Solicitor General Cox, Assistant Attorney General
Loevinger, Lionel Kestenbaum, Elliott H. Moyer* and
*Robert W. Ginnane* for the United States et al., and *Clyde
B. Aitchison, John R. Turney, Frederick A. Babson, Jr.*
and *John H. Eisenhart, Jr.* for the National Freight
Traffic Assn., Inc., et al., appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motions to affirm are granted and the judgment
is affirmed.

SAVE WAY NORTHERN BOULEVARD, INC., *v.*
NEW YORK.

No. 517.  Decided January 8, 1962.

*Harold H. Levin* and *Larry M. Lavinsky* for appellant.

*Leo A. Larkin* and *Seymour B. Quel* for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.